**DISMISS; and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01601-CV

**CHELSEA L. DAVIS, Appellant**
**V.**
**THOMAS A. GRAVES, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03449-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Justice Lang-Miers

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated December 22, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated December 22, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated January 8, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that

failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation regarding the clerk's record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5; 37.3(b); 42.3(b), (c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

141601F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHELSEA L. DAVIS, Appellant

No. 05-14-01601-CV     V.

THOMAS A. GRAVES, Appellee

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-03449-2014.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THOMAS A. GRAVES recover his costs of this appeal from appellant CHELSEA L. DAVIS.

Judgment entered this 30th day of July, 2015.